THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3021 |
| | ) | |
| vs. | ) | ORDER TO DISMISS |
| | ) | |
| PEDRO LOPEZ-VALDOVINOS, aka, Pedro Lopez, | ) ) | |
| | ) | |
| Defendant. | ) | |

Upon the Plaintiff's Motion for Leave of Court to Dismiss the Indictment, Filing No.18, the court finds that said motion should be granted. Accordingly,

IT IS ORDERED that Plaintiff's motion is granted and the Indictment, Filing No. 18, is hereby dismissed, without prejudice.

Dated August 27, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge